UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN E. MILLER,** : | |
| Plaintiffs : | CIVIL ACTION NO. 3:19-0101 |
| v. : | (JUDGE MANNION) |
| **C.O. BORGER, et al.,** : | |
| Defendants : | |

### ORDER

In accordance with the court's memorandum issued this same day,

**IT IS HEREBY ORDERED THAT:**

1. The motion to dismiss, filed on behalf of Defendant Kelly Butler (Doc. 21) is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to dismiss and terminate Defendant Kelly Butler as a named Defendant in the above captioned action.

3. Corrections Defendants' motion to dismiss and for summary judgment (Doc. 23) is **GRANTED** in part and **DENIED** in part.

    **a**. Corrections Defendants' motion for summary judgment based on Plaintiff's failure to exhaust any claim as to Defendants C/O Rodriguez, C/O Klinger, C/O Fritzinger, C/O Rauenzahn, Lt. Escalante, Warden Berdanier and Deputy Warden Wapinsky is **GRANTED**. Entry of judgment against these Defendants is **DEFERRED** pending further Order of Court.

    **b.** Corrections Defendants' motion for summary judgment based on Plaintiff's Eighth Amendment medical indifference claim is **GRANTED**.

    **c.** Corrections Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his excessive force claim as to Defendants C/O Rainis, C/O Borger, C/O Sabol is **DENIED**.

4. Plaintiff's excessive force claim shall proceed as to Defendants C/O Rainis, C/O Borger, C/O Sabol.

5. Remaining Defendants, C/O Rainis, C/O Borger, C/O Sabol are **DIRECTED** to file an answer or other dispositive motion within twenty-one (21) days of the date of this Order

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 30, 2021**
19-0101-01-ORDER